UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ERNEST LEE DENSON,                          )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )          CV624-045
                                            )
MARLA RILEY, *et al.*,                      )
                                            )
            Defendants.                     )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 65), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 65.) This case is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this ___15th___ day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA