AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ERNEST LEE DENSON,

        Plaintiff,

        **v.**

MARLA RILEY, et ai,

        Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV 624-045

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered June 15, 2026, the Court adopts the Magistrate Judge's

Report and Recommendation and dismisses this case.  This case stands closed.

| | |
|---|---|
| 6/15/2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |